■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERLENA SWEENEY, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the County Court, Nassau County, imposed April 17, 1979. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH T. WILLIAMS, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed March 19, 1979, upon his conviction of attempted robbery in the second degree, upon his plea of guilty, the sentence being a one-year term of imprisonment in the Suffolk County Jail. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a sentence of intermittent imprisonment for a period of one year to be served on consecutive weekends from 8 P.M. Friday until 6 P.M. Sunday. As so modified, sentence affirmed and case remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated herein. O'Connor, J. P., Lazer, Mangano and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED PRICE, Also Known as "BUBBA" PRICE, Appellant, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered October 20, 1978, which dismissed his petition. Appeal dismissed as academic, without costs or disbursements. Petitioner is now on parole and is no longer restrained in his liberty to such an extent that he is entitled to the relief sought (see *People ex rel. Boutelle v O'Mara,* 41 NY2d 996; *People ex rel. Brooks v New York State Bd. of Parole,* 65 AD2d 763). Mollen, P. J., Titone, Mangano and Gibbons, JJ., concur.